E.D.N.Y. – C. Islip
25-cv-1608
Chen, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand twenty-five.

Present:

  Reena Raggi,
  Raymond J. Lohier, Jr.,
  Michael H. Park,
   *Circuit Judges.*

---

The Bank of New York Mellon, FKA The Bank of New York, as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2006−OA11, Mortgage Pass−Through Certificates, Series 2006−OA11,

   *Plaintiff-Appellee*,

  v.  25-1420

Mario E. Castro, Magdalena D. Castro,

   *Defendants-Appellants*.

---

Appellants, pro se, move to vacate the district court's order remanding this action to state court. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED because the remand order is not reviewable. 28 U.S.C. § 1447(d); *Calabro v. Aniqa Halal Live Poultry Corp.*, 650 F.3d 163, 165 (2d Cir. 2011). It is further ORDERED that Appellants' motion is DENIED as moot.

     FOR THE COURT:
     Catherine O'Hagan Wolfe, Clerk of Court